# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACOB DICUS,<br><br>         Plaintiff(s),<br><br>v.<br><br>SOUTHWEST AIRLINES CO., et al.<br><br>         Defendant(s). | 2:13-CV-1529 JCM (CWH) |

**ORDER**

Presently before the court is plaintiff's ex parte motion seeking an extension of time (doc. # 11) to respond to defendants' motion to dismiss (doc. # 5). Defendants filed a response to this motion (doc. #13) as well as their own motion to stay (doc. # 12).

Due to unforeseen medical issues, which caused a delay through a time when opposing counsel was out of the country, plaintiff Jacob Dicus requests an extension of time to respond to defendants' motion to dismiss. Plaintiff also mentions that he will soon file a motion to amend his complaint in connection with his response to the motion to dismiss.

Defendants do not oppose the extension, but argue that because it is not yet known whether the court will allow plaintiff to amend his complaint, a stay of the deadlines for initial disclosures and a stipulated discovery plan is necessary.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion seeking an extension of time (doc. # 11) be, and the same hereby is, GRANTED. Plaintiff shall have up to,

**James C. Mahan**
**U.S. District Judge**

and including, October 29, 2013, in which to respond to defendants' motion to dismiss. Defendants will have seven days after the service of plaintiff's response to file a reply.

IT IS FURTHER ORDERED that defendants' motion to stay deadlines for initial disclosures and stipulated discovery plan (doc. # 12) be, and at the same time hereby is, GRANTED. The deadlines regarding the submission of initial disclosures and a stipulated discovery plan shall be stayed until the court's ruling on defendants' motion to dismiss (doc. # 5).

DATED October 22, 2013.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -